for petitioners. *Mr. William C. Walsh,* Attorney General of Maryland, for respondent.

No. 707. CITY OF NEW YORK *v.* UNITED STATES ET AL. March 3, 1941. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. William C. Chanler, Paxton Blair,* and *Sol Charles Levine* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Messrs. Melvin H. Siegel* and *Paul A. Sweeney* for respondents.

No. 663. OBARTUCH *v.* SECURITY MUTUAL LIFE INSURANCE Co. March 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Roy Massena* and *Donald N. Schaffer* for petitioner. *Messrs. Dwight S. Bobb* and *Robert W. Childs* for respondent.

No. 672. H. B. NELSON CONSTRUCTION Co. *v.* UNITED STATES. March 3, 1941. Petition for writ of certiorari to the Court of Claims denied. *Messrs. S. Wallace Dempsey* and *Thomas Bruce Fuller* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 673. H. B. NELSON CONSTRUCTION Co. *v.* UNITED STATES. March 3, 1941. Petition for writ of certiorari to the Court of Claims denied. *Messrs. S. Wallace Dempsey* and *Thomas Bruce Fuller* for petitioner. *So-*